UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-CR-199-T-30TBM

WILMER RIOS PEREZ
_____/

# ORDER

**THIS CAUSE** came on to be considered upon Defendant's "Leave Proceed In Forma Pauperis Motion to Request for Transcript" (Dkt. #106). The Defendant is requesting to proceed *in forma pauperis* and for this Court to provide him, free of charge, a copy of the sentencing transcript.

A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, he must identify a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue.

It is therefore ORDERED AND ADJUDGED that Defendant's "Leave Proceed In Forma Pauperis Motion to Request for Transcript" (Dkt. #106) is DENIED without prejudice. Once Defendant identifies a particularized need for such transcript, the issue will be reconsidered by this Court.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cr-199.transcript 106.wpd