UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILMER RIOS PEREZ,

    Petitioner,

v.    CASE NO: 8:07-cv-1839-T-30TBM
      Crim. No. 8:05-cr-199-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

THIS CAUSE came before the Court for evidentiary hearing on September 16, 2008, on the Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Dkt. #4). The Court made the following findings of fact:

1. The Petitioner did have a conversation about his appellate rights with his attorney.

2. The Petitioner did not ask his attorney to file a direct appeal of his sentence.

It is therefore ORDERED AND ADJUDGED that:

1. The Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence (Dkt. #4) is DENIED.

2. The Clerk is directed to terminate any pending motions and CLOSE this file.

3.      The Clerk is also directed to terminate the pending Amended Motion to Vacate, Set Aside or Correct Sentence (CR Dkt. #123) in the underlying criminal case 8:05-cr-199-T-30TBM.

**DONE** and **ORDERED** in Tampa, Florida on September 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2007\07-cv-1839.deny 2255.wpd